**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7287**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

PAM LYDIA,

             Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., Senior
District Judge.  (7:05-cr-01080-GRA-4)

Submitted:  December 17, 2013        Decided:  December 20, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pam Lydia, Appellant Pro Se.  Leesa Washington, Assistant United
States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pam Lydia appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lydia, No. 7:05-cr-01080-GRA-4 (D.S.C. July 26,2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED